# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Taneka Dortch, | **Civil No. 11-1643 (RHK/FLN)** |
| Plaintiff, | **ORDER OF VOLUNTARY DISMISSAL PURSUANT TO** |
| v. | **F.R.C.P. 41(a)(1)(A)(ii)** |
| John Does 1-15, in their official and individual capacities, as police officers for the City of Minneapolis, and the City of Minneapolis, | |
| Defendants. | |

Pursuant to the Stipulation of Voluntary Dismissal (Doc. No. 8), **IT IS ORDERED** that this action is voluntarily **DISMISSED WITHOUT PREJUDICE** against Defendants John Doe Officers 1-15 (in their official and individual capacities) and the City of Minneapolis pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 22, 2012

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge